IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSEPH MICHAEL MAY                                                      PLAINTIFF

         v.                 Civil No. 07-5110

SHERIFF TIM HELDER;
NURSE RHONDA BRADLEY;
and OFFICER McGEE                                       DEFENDANTS

**<u>ORDER</u>**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **November 16, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 5th day of September 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)